NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERIZON COMMUNICATIONS, INC. AND VERIZON SERVICES CORP.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**CABLEVISION SYSTEMS CORPORATION,**
*Intervenor.*

---

2011-1591

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-712.

---

ON MOTION

---

## ORDER

Upon consideration of the unopposed motion of Cablevision Systems Corporation for leave to intervene,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

**NOV 0 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michael K. Kellogg, Esq.
     Michael Liberman, Esq.
     V. James Adduci, II, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 0 4 2011**

**JAN HORBALY**
**CLERK**